UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JUN 2 9 2004

PEDRO SOLIS SOSA, §
TDCJ No. 000778, §
§
　　　Petitioner, §
§
V. § CIVIL NO. SA-00-CA-312-XR
§
DOUGLAS DRETKE, Director, §
Texas Department of Criminal §
Justice, Correctional §
Institutions Division, §
§
　　　Respondent. §

## ORDER DENYING IMPLICIT REQUEST
## FOR CERTIFICATE OF APPEALABILITY

The matter before the Court is the petitioner's Notice of Appeal, filed June 21, 2004,[1] and the implicit request for Certificate of Appealability contained therein.

In a detailed Memorandum Opinion and Order issued May 20. 2004, this Court denied petitioner's request for federal habeas corpus relief and preemptively denied petitioner a Certificate of Appealability.[2] The Fifth Circuit has held that a Notice of Appeal is to be construed as implicitly containing a request for issuance of a Certificate of Appealability ("CoA").[3] For the reasons set forth at length in Section IV of this Court's Memorandum Opinion

---

[1] See docket entry no. 29.

[2] See docket entry no. 25.

[3] See **United States v. Kimler**, 150 F.3d 429, 430-31 (5th Cir. 1998); **United States v. Cervantes**, 132 F.3d 1106, 1109 (5th Cir. 1998); **United States v. Youngblood**, 116 F.3d 1113, 1114 (5th Cir. 1997); **Hill v. Johnson**, 114 F.3d 78, 81 (5th Cir. 1997); and **United States v. Orozco**, 103 F.3d 389, 390-92 (5th Cir. 1996).

and Order,[4] petitioner is not entitled to a CoA. Out of an abundance of caution, this Court will formally deny petitioner's implicit request for CoA, contained in his Notice of Appeal.

Accordingly, it is hereby **ORDERED** that petitioner's implicit request for Certificate of Appealability, contained in petitioner's Notice of Appeal, filed June 21, 2004,[5] is **DENIED**.

**SIGNED and ENTERED** this ___ day of June, 2004, at San Antonio, Texas.

                                    _____
                                    **XAVIER RODRIGUEZ**
                                    **United States District Judge**

---

[4] See docket entry no. 25, at pp. 156-60.

[5] See docket entry no. 29.